72253
3398

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case Number: 22-01863-EAG |
| RICARDO DE CORDOVA FIGUEROA | Chapter: 13 |
| Debtor(s) | |

**STIPULATION**
(Regarding Motion for Relief from Stay at Docket Number 25)

TO THE HONORABLE COURT:

COME NOW, U.S. Bank Trust National Association as trustee of Cabana Series V Trust, (hereinafter referred to as "Movant") and RICARDO DE CORDOVA FIGUEROA, hereinafter referred to as "the **Debtor**", through the undersigned attorneys, and very respectfully allege and request:

1. On November 22, 2022, Movant filed a Motion for Relief from Stay (the "Motion"). [Please refer to Docket No. 25].

2. On December 6, 2022, Debtor responded to Movant's request for relief from stay. [Please refer to Docket No. 31]

3. The parties have had the opportunity to reach an agreement, that if approved will allow the Debtor to continue under the protection of the bankruptcy code while protecting the rights of secured creditor should the Debtor default in the payments due to Movant.

**UNDERLYING STIPULATED FACTS**

4. Movant is the holder in due course of a mortgage note in the principal sum of **$260,800.00** bearing interest at **6.250%** per annum (the "Note"). The indebtedness evidenced

Case No. 22-01863-EAG
*Stipulation*

by the Note is secured by a mortgage executed before the notary public **Antonio José Cruz Bonilla, Esq.,** on **October 31, 2002**, deed number **507** (the "Mortgage").

5. On 11/23/2022, Movant filed secured proof of claim number 7-2 which included **$29,322.81** worth of arrears to be paid through the plan.[1]

6. The Debtor's payment plan requires that the Debtor make monthly regular post-petition payments directly to Movant.

**7.** The Debtor has not made the monthly installments due to Movant, having incurred in post-petition installments in arrears due to Movant. As of January 2023, the Debtor had accrued post-petition installments in arrears amounting to **$3,269.00 plus $1,266.95** in legal fees and/or costs related to the Motion for a total amount of arrearage of **$4,535.95.**[2]

8. In order to cure the aforementioned arrears, the Debtor filed an amended chapter 13 plan ("hereinafter the Plan").

9. The Plan shall provide for the Trustee to pay the pre-petition and post-petition arrears incurred with Movant. The Plan shall also provide for the Debtor to make post-petition payments directly to Movant as they become due.

**AGREEMENT**

The parties have reached an agreement which provides for the following:

10. Parapgrahs 1-9 form an integral part of the foregoing agreement.

11. The Debtor shall pay Movant through the Plan the amount of **$4,535.95** to cure the <u>post-petition</u> arrears incurred with Movant.

---

[1] $27,688.31 (pre-petition arrears) + $1,634.50 (previously accrued post-petition) = $29,322.81 Total Arrears
[2] 4 payments @ $817.25 each = $3,269.00 + $1,266.95 in legal fees = $4,535.95.

-2-

Case No. 22-01863-EAG
*Stipulation*

12. The Debtor shall also pay through the Plan the amount of $29,322.81[3] which corresponds to <u>pre-petition arrears and previously accrued post-petition arrears</u>.

13. The total amount to be paid through the plan is **$33,858.76**[4].

14. The Debtor will resume the current monthly payments directly to Movant on **JANUARY 2023**.

15. The Debtor agrees to file the Plan upon the filing of the instant stipulation without undue delay.

16. The Debtor agrees that should she fail to make two (2) or more payments, of the post-petition monthly installments due to Movant, by the 21st day of the month in which the payment is due, beginning with the installment due in **JANUARY 2023** the automatic stay will be deemed lifted in favor of Movant with the mere filing of an informative motion to that effect, without further notice or/and without the need to celebrate a hearing, that is the stay will be lifted automatically.

17. The Debtor agrees that, in the event that the **Plan** is not ultimately filed and/or approved by this Honorable Court and/or is withdrawn by Debtor, that shall constitute a material breach of this agreement, and sufficient cause for the automatic stay to be lifted in favor of Movant with the mere filing of an informative motion to that effect, without further notice or/and without the need to celebrate a hearing, that is the stay will be lifted automatically.

18. The Debtor agrees that should she fail to make two (2) or more consecutive

---

[3] $27,688.31 (pre-petition arrears) + $1,634.50 (previously accrued post-petition) = $29,322.81
[4] $29,322.81 + $4,535.95 = $33,858.76

-3-

Case No. 22-01863-EAG
*Stipulation*

payments, of the monthly installments due to the Trustee under the plan, by the date of the month in which the payment is due, the automatic stay will be deemed lifted in favor of Movant with the mere filing of an informative motion, without further notice or/and without the need to celebrate a hearing, that is the stay will be lifted automatically. It is further agreed by the parties that this clause will be unenforceable upon full payment by the Trustee of the post-petition arrears and charges to be paid to Movant according to the **Plan**.

19. This agreement does not change, amend, or alter in any way the provisions of the Note and the Mortgage.

20. The herein parties agree that should the automatic stay be lifted pursuant to this agreement it will be considered an *in rem* order, without prejudice of the filing of an unsecured claim for any deficiency.

21. The counsel for the parties herein, by signing/filing this stipulation, represent to each other that they have the full authority of their clients to enter into and to be bound by the terms of this stipulation, and further represent acceptance of the contents herein submitted to the Court for approval.

**NOTICE TO ALL PARTIES IN INTEREST**

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. If no response is filed within the prescribed period of time the Court may enter an order granting the relief herein requested.

Case No. 22-01863-EAG
*Stipulation*

---

**WHEREFORE**, the Parties request that the agreement herein set forth be approved and an order be entered accordingly.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 31st day of January 2023.

| LEGAL COUNSEL FOR DEBTOR: | LEGAL COUNSEL FOR MOVANT: |
|---|---|
| **MADELEINE LLOVET OTERO,ESQ.**<br>PO BOX 9020574<br>SAN JUAN, PR 00902<br>Tel. 787-399-5804<br><br>*/s/Madeleine Llovet Otero*<br>By: Madeleine Llovet Otero<br>USDC-PR 203907<br>Email: mllovlaw@yahoo.com | **MARTINEZ & TORRES LAW OFFICES, P.S.C.**<br>P.O. Box 192938 San Juan, PR 00919-2938<br>Tel. (787) 767-8244 & Fax (787) 767-1183<br><br>*/s/ Sarah M. Vega Bonilla*<br>By: Sarah M. Vega Bonilla<br>USDC-PR 303503<br>Email: svega@martineztorreslaw.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **the Trustee JOSE RAMON CARRION MORALES and to debtor's attorney, Madeleine LLovet Otero.** I hereby certify that I have caused to be mailed by United States Postal Service a copy of this motion to all the parties included in the attached Master Address List, not otherwise represented by counsel electronically notified through the CM/ECF system.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

*/s/ Sarah M. Vega Bonilla*
By: Sarah M. Vega Bonilla
USDC -PR 303503
Email: svega@martineztorreslaw.com

```
Label Matrix for local noticing      BANCO POPULAR DE PUERTO RICO         DEPARTAMENTO DE HACIENDA
0104-3                               PO BOX 366818                         PO BOX 9024140
Case 22-01863-EAG13                  SAN JUAN, PR 00936-6818               OFICINA 424-B
District of Puerto Rico                                                    SAN JUAN, PR 00902-4140
Old San Juan
Tue Jan 31 14:09:13 AST 2023

INTERNAL REVENUE SERVICE             PLANET HOME LENDING, LLC, SERVICER FOR ESPAC   PR DEPARTMENT OF LABOR
CENTRALIZED INSOLVENCY OPERATIONS    c/o SARLAW LLC                        PO BOX 195540
PO BOX 7346                          Banco Popular Center, Suite 1022      HATO REY, PR 00919-5540
PHILADELPHIA, PA 19101-7346          209 Munoz Rivera Ave.
                                     San Juan, PR 00918-1009

U.S. Bank Trust National Association as trus   US TRUSTEE                  US Bankruptcy Court District of P.R.
Martinez & Torres Law Offices, P.S. C          EDIFICIO OCHOA              Jose V Toledo Fed Bldg & US Courthouse
PO Box 192938                                  500 TANCA STREET SUITE 301  300 Recinto Sur Street, Room 109
San Juan, PR 00919-3409                        SAN JUAN, PR 00901-1922     San Juan, PR 00901-1964


ASSOCIATES                           ASSOCIATES FINANCE                    AUT DE ACUED Y ALCANTARILLADOS
PO BOX 11917                         PO BOX 11917                          PO BOX 70101
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917               San Juan, PR 00936-8101


BANCO POPULAR DE PUERTO RICO         CITI CARDS                            CITIBANK
BANKRUPTCY DEPARTMENT                PO BOX 11917                          PO BOX 11917
PO BOX 366818                        SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917
SAN JUAN PR 00936-6818


CITIBANK CCSI                        CITIBANK MORTGAGE                     CITIBANK NA
PO BOX 11917                         PO BOX 11917                          PO BOX 11917
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917


CITIBANK SOUTH DAKOTA                CITIBANK USA                          CITICARDS
PO BOX 11917                         PO BOX 11917                          PO BOX 11917
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917


CITICARDS CREDIT SERVICES            CITICARDS SEARS                       CITICORP DINERS
PO BOX 11917                         PO BOX 11917                          PO BOX 11917
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917


CITICORP FINANCE                     CITIFINANCIAL                         CRIM
PO BOX 11917                         PO BOX 11917                          PO BOX 195387
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917               SAN JUAN PR 00919-5387


DEPARTAMENTO DE HACIENDA             DEPARTMENT OF TREASURY                DORAL FINANCIAL CORPORATION
DIVISION DE QUIEBRAS                 BANKRUPTCY SECTION 424 B              LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC
PO BOX 9024041                       PO BOX 9024140                        PO BOX 11917
San Juan, PR 00902-4041              SAN JUAN, PR 00902-4140               SAN JUAN, PR 00922-1917
```

| | | |
|---|---|---|
| EMPRESAS BERRIOS<br>PO BOX 674 CIDRA PR 00739 | (p)LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | PANAMERICAN/CITIBANK<br>PO BOX 11917<br>SAN JUAN, PR 00922-1917 |
| PLANET HOME LENDING<br>321 RESEARCH PKWY<br>SUITE 303<br>Meriden, CT 06450-8342 | PLANET HOME LENDING, LLC<br>SERVICER FOR ESPACIO RESIDENTIAL, LLC<br>321 RESEARCH PARKWAY, SUITE 303,<br>MERIDEN, CT 06450-8342 | RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 514707<br>Los Angeles, CA 90051-4707 |
| RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>PO BOX 52262<br>Irvine, CA 92619-2262 | U.S. Bank Trust National Association<br>as trustee of Cabana Series V Trust<br>Rushmore Loan Management Services<br>P.O. Box 192938<br>San Juan PR 00919-3409 | (p)PUERTO RICO DEPARTMENT OF JUSTICIE<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MADELEINE LLOVET OTERO<br>Madeleine Llovet Otero, Esq.<br>PO BOX 10164<br>San Juan, PR 00920 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| RICARDO DE CORDOVA FIGUEROA<br>459 ARRIGOITIA<br>URB EXT ROOSEVELT<br>SAN JUAN, PR 00918-2622 | ROSA E RODRIGUEZ VELEZ<br>US ATTORNEYS<br>TORRE CHARDON STE 1201<br>350 CARLOS E. CHARDON AVE<br>SAN JUAN, PR 00918-2124 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LUMA<br>PO BOX 363508<br>San Juan, PR 00936 | (d)LUMA<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR 00936 | FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |

End of Label Matrix
Mailable recipients    43
Bypassed recipients     0
Total                  43